**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

EDWARD PHILLIPS JR.                                                    PLAINTIFF

v.                                    3:12-cv-00273-JLH-JTK

RONNIE COLEMAN, et al.                                              DEFENDANTS

## ORDER

     The Court finds that service is appropriate for Defendant Payment.   The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendant Officer Payment without prepayment of fees and costs or security therefore.

     IT IS SO ORDERED this 8th day of January, 2013.

_____
  JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1