# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EDWARD PHILLIPS JR.                                                                                    PLAINTIFF

v.                                           3:12-cv-00273-JLH-JTK

RONNIE COLEMAN, et al.                                                                           DEFENDANTS

## ORDER

The Court finds that service is appropriate for Defendant Payment. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendant Officer Payment without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 8th day of January, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE