IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD PHILLIPS, JR.                                                                       PLAINTIFF

v.                                   No. 3:12CV00273 JLH-JTK

RONNIE COLEMAN, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Coleman and Bonner are DISMISSED from this action, with prejudice.

IT IS SO ORDERED this 29th day of January, 2013.

                                                                    _____
                                                                    J. LEON HOLMES
                                                                    UNITED STATES DISTRICT JUDGE