IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD PHILLIPS JR.                                                                                          PLAINTIFF

v.                                              No. 3:12CV00273 JLH-JTK

PAYMENT, Officer,
Crittenden County Detention Facility                                                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Payment's motion for partial summary judgment (Doc. No. 18) is GRANTED, and plaintiff's monetary claims against Payment in his official capacity are DISMISSED.

IT IS SO ORDERED this 10th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE