**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

EDWARD PHILLIPS, JR.                                                                                        PLAINTIFF

v.                                            3:12CV00273-JLH-JTK

RONNIE COLEMAN, et al.                                                                              DEFENDANTS

**ORDER**

Plaintiff Edward Phillips, Jr. originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the Crittenden County Detention Facility (Jail) (Doc. No. 2).  His Motion to Proceed in this action in forma pauperis was granted by Order dated November 30, 2012 (Doc. No. 3).  However, Phillips has since been released from incarceration (Doc. No. 14); therefore, in order to continue the prosecution of this action, he must file an updated Motion to Proceed in forma pauperis.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Phillips shall file an updated Motion to Proceed in forma pauperis within fifteen days of the date of this Order.  Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint.  See Local Rule 5.5(c)(2).  The Clerk is hereby directed to forward an in forma pauperis application to Plaintiff.

IT IS SO ORDERED this 13th day of December, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE