## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

EDWARD PHILLIPS, JR.                                                                                          PLAINTIFF

v.                                            No. 3:12CV00273-JLH-JTK

RONNIE COLEMAN, et al.                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE